UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| DEWEY BAKER, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | No. 1:06-cv-169-JDT-TAB |
| | ) | |
| MARK BEZY, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

**Entry Directing Further Proceedings**

The petitioner's request to be supplied with a copy of his petition for a writ of habeas corpus filed on January 31, 2006, is **granted.** The clerk shall supply the petitioner with a copy of that document. This shall be done without charge to the petitioner.

**IT IS SO ORDERED.**

Date: 02/21/2006

John Daniel Tinder, Judge
United States District Court

Copies to:

Dewey Baker
Reg. No. 14852-116
United States Penitentiary
P.O. Box 1205
Terre Haute, IN 47808

NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.